# 341 FIRST CREDITOR'S MEETING
# PROCEEDINGS MEMO
# CHAPTER 11

| | |
|---|---|
| DEBTOR: | The Congregation of Unity, Inc. |
| CASE NO. | 16-10069 |
| DATE / TIME: | 04.14.16 / 1:00 p.m. |
| CONTINUED: | May 3, 2016 at 11:00 a.m. |
| FILING DATE: | 03.01.16 |
| APPEARANCES: | |
| PRINCIPAL OFFICER / REPRESENTATIVE: | |
| SWORN / AFFIRMED: | ☐ YES     ☐ NO |
| DEBTOR ATTORNEY: | R. Kelly Calloway, Jr. |

**AMENDMENTS / ANNOUNCEMENTS:**

| |
|---|
| |
| |
| |

**EMPLOYEES, ETC.:**
   **STOCKHOLDERS:**

| |
|---|
| |
| |
| |

**DIRECTORS:**

| |
|---|
| |
| |
| |

**EMPLOYEES:**  Number F/T: _____
                Number P/T: _____
Key/Insider Employees:

Changes in above prior to filing:

| |
|---|
| |

Changes in above subsequent to filing:

|  |
|--|
|  |
|  |
|  |

**BUSINESS OPERATION/ADMINISTRATIVE REQUIREMENTS:**
Nature of Business:

|  |
|--|
|  |
|  |
|  |

Factors Contributing to Bankruptcy Filing:

|  |
|--|
|  |
|  |
|  |

Compliance with Operating Order:

|  |
|--|
|  |
|  |
|  |

Operational Changes Subsequent to Filing:

|  |
|--|
|  |
|  |
|  |

Plan Formulation:

|  |
|--|
|  |
|  |
|  |

**BANKRUPTCY ADMINISTRATOR**
WESTERN DISTRICT OF NORTH CAROLINA
CREDITORS' COMMITTEE MEETING MINUTES

| CASE NAME: | The Congregation of Unity, Inc. |
| --- | --- |
| CASE NO.: | 16-10069 |
| DATE: | 04.14.16 |

**PRESENT FOR CREDITORS' COMMITTEE:**

Counsel retained?　　_____YES　　_____NO

Accountant employed?　_____YES　_____NO

　　Topics Discussed (check)

　　　　Role of Creditors' Committee (powers and duties)

　　　　　　_____Debtor's Operating Reports
　　　　　　_____Compliance of Debtor with Operating Requirement
　　　　　　_____Appointment of Chapter 11 Trustee
　　　　　　_____Appointment of Examiner
　　　　　　_____Conversion or Dismissal of Case
　　　　　　_____Disclosure Statement and Plan
　　　　　　_____Other

**COMMENTS:**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE: )
) Case No.: 16-10069
THE CONGREGATION OF UNITY, INC. ) Chapter 11
)
)
TAX ID #:  58-1969292 )
)
Debtor(s) )

| ATTORNEY FOR DEBTOR: | R. Kelly Calloway, Jr. |
| PRESIDING OFFICER: | Linda W. Simpson / Alexandria P. Kenny / Ann V. Dornblazer |
| DATE: | 04.14.16 |

**SECTION 341 APPEARANCE SHEET - CHAPTER 11**

| CREDITOR | REPRESENTATIVE | ADDRESS & PHONE |
| --- | --- | --- |
| | | |

**ITEMS REQUESTED / ADDITIONAL REQUIREMENTS:**

| ITEM | DATE DUE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**CREDITOR / ASSET INFORMATION:**

Secured Creditors:

| NAME | ASSET | VALUE | CLAIM |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Priority Creditors:

| NAME/CLASS | CLAIM | PROPOSED DISTRIBUTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Unsecured Creditors:

| NAME/CLASS | CLAIM | PROPOSED DISTRIBUTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**OTHER ASSETS:** (Real Property, Accounts, Vehicles, Equipment, Inventory, AIR, Contracts, Leases):

| |
|---|
| |
| |

**POST PETITION PAYMENTS/CREDIT ARRANGEMENTS:**

Cash Collateral/Post Petition Financing:

|  |
|---|
|  |
|  |

Taxes:

|  |
|---|
|  |
|  |

Operating Debt:

|  |
|---|
|  |
|  |

Secured Debt:

|  |
|---|
|  |
|  |

**COMMENTS:**

|  |
|---|
|  |
|  |
|  |

_Alexandria P. Kenny / ask_
Presiding Officer