FILED & JUDGMENT ENTERED
Steven T. Salata

May  17  2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

IN RE:

THE CONGREGATION OF UNITY,
INC.,            Debtor.

CASE NO.: 16-10069
CHAPTER 11

**ORDER**

     THIS CAUSE coming on to be heard before the undersigned United States Bankruptcy Court Judge presiding upon the Motion of the Debtor to Reconsider Order Dismissing Case ("Motion") and it appearing to the Court as follows:

1. On or about March 1, 2016, the Debtor filed a Petition with this Court pursuant to Chapter 11 of Title 11 of the United States Code.

2. A Motion to Dismiss was filed by the Bankruptcy Administrator for failure to obtain liability insurance which Motion was finally heard on April 20, 2016.

3. The Debtor failed to obtain insurance on or before April 20, 2016 and an Order Dismissing this case was entered on April 28, 2016 (the "Order").

4. The Debtor has now obtained liability insurance.

5. That the Court finds that this case is, primarily, a two party case between the Debtor and Entegra Bank ("Entegra") who is a secured lien holder pursuant to two loans.

6. That the payoff of the first mortgage is approximately $506,076.03 and the payoff of the second mortgage is approximately $98,026.66.

7. Both of the above loans have matured (in November of 2015) and are substantially past due.

8. That the Debtor has a history of late payments on the above two mortgages as well as issues related to procuring insurance requiring Entegra to force place coverage at various times during the history of the loans.

9. That the Debtor has failed to participate in this case in a fashion that would reflect good faith and, in fact, most of the required items that have been completed have been completed by the Debtor's Counsel rather than principals of the Debtor.

10. The Court, having reconsidered its Order Dismissing Case, finds that the Order should remain in full force and effect.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. That the Motion is hereby denied.

2. The Order (Dismissing this Chapter 11 proceeding) shall remain in full force and effect.

This Order has been signed electronically.                      United States Bankruptcy Court
The Judge's signature and court's seal
appear at the top of the Order.

DMS:4842-0687-7489v1|12294-12294-0593|5/16/2016